[No. 745-1.    Division One—Panel 2.    October 18, 1971.]

RUTH VAUGHNS, *Respondent*, v. DOUGLAS W. McCANN *et al.*, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 706632, Horton Smith, J., entered May 14, 1970. *Remanded* with instructions by unpublished opinion pursuant to RCW 2.06.040.

[No. 927-1.    Division One—Panel 2.    October 18, 1971.]

JACK DWIGHT BARNARD, *Respondent*, v. CAROLYN M. BARNARD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. D-17230, Ward Roney, J., entered April 23, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 341-2.    Division Two.    October 19, 1971.]

MELVIN P. ESPY, *Appellant*, v. ASTOR CALFEE, *Respondent.*

Appeal from a judgment of the Superior Court for Clallam County, No. 18755, Joseph H. Johnston, J., entered May 4, 1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.

[No. 863-1.    Division One—Panel 2.    October 26, 1971.]

ORLANDO VIRAY *et al.*, *Appellants*, v. GREAT ATLANTIC AND PACIFIC TEA COMPANY, INC., *et al.*, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 703413, David W. Soukup, J., entered July 10, 1970. *Reversed* by unpublished opinion pursuant to RCW 2.06.040.